IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Timothy J. Weatherby
Soraya C. Weatherby
                Debtors

Bankruptcy No. 19-22138
Judge Donald R. Cassling
Chapter: 13

## NOTICE OF FILING

TO:    Timothy J. Weatherby, 8844 S. 55th Court, Oak Lawn, IL 60453
Soraya C. Weatherby, 8844 S. 55th Court, Oak Lawn, IL 60453
Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
David M. Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

    Please take notice on September 17, 2019, the attached Objection to Confirmation of was electronically filed with the Clerk of the Bankruptcy Court for the Northern District of Illinois.

## CERTIFICATE OF SERVICE

I, Josephine J. Miceli, an attorney certify that I served the attached Objection to Confirmation by mailing a copy to the Debtors at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe St., Chicago, IL 60606 on or before 5:00 p.m. on September 17, 2019.  The remaining parties were served by the CM/ECF electronic noticing system.

                      /s/ Josephine J. Miceli
                      Josephine J. Miceli, ARDC #6243494
                      Attorney for Lakeview Loan Servicing, LLC

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE