IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Timothy J. Weatherby
Soraya C. Weatherby
*aka Soraya C Falquez*

          Debtors

Bankruptcy No. 19-22138
Judge Donald R. Cassling
Chapter: 13

## **NOTICE OF MOTION**

TO:    Timothy J. Weatherby, 8844 S. 55th Court, Oak Lawn, IL 60453
       Soraya C. Weatherby *aka Soraya C Falquez*, 8844 S. 55th Court, Oak Lawn, IL 60453
       Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
       David M. Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090
       Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

       Please take notice on June 17, 2021 at 9:30 a.m., I shall appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present the attached motion.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in the court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment dater above, you must file a Notice of Objection no later than two (2) business days before the date. If a Notice of Objection is timely filed, the motion will be called on presentment date. If no notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

               /s/ Josephine J. Miceli
               Josephine J. Miceli, IL ARDC 6243494

## CERTIFICATE OF SERVICE

I, Josephine J. Miceli, an attorney certify that I served the attached motion by mailing a copy to the Debtor at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 633 W. Wisconsin Avenue, Suite 408, Milwaukee, WI 53203 on or before 5:00 p.m. on June 8, 2021.  The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Josephine J. Miceli
Josephine J. Miceli,  IL ARDC 6243494

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Timothy J. Weatherby
Soraya C. Weatherby
*aka Soraya C Falquez*

Debtors

Bankruptcy No. 19-22138
Judge Donald R. Cassling
Chapter: 13

## MOTION TO APPROVE FINAL LOAN MODIFICATION

NOW COMES Lakeview Loan Servicing, LLC (hereinafter "Movant"), through its attorney,

Josephine J. Miceli of Johnson, Blumberg & Associates, LLC, and states as follows:

1.      The Movant, a party in interest, holds a Mortgage dated December 13, 2016 on the
        property located at 8844 S 55th Ct, Oak Lawn, Illinois 60453-1249, in the original
        amount of $222,176.00.

2.      The above-captioned Chapter 13 case was filed on August 7, 2019 and the Debtor's
        Plan was confirmed on October 31, 2019.

3.      The confirmed plan provides for the Debtor to make ongoing regular monthly
        mortgage payments and the Chapter 13 Trustee to pay the pre-petition arrears.

4.      At the time of the filing of the petition, the interest rate on the loan was 4.000% and
        the current payment amount was $1,559.42 ($1,060.70 principal and interest &
        $498.72 escrow).

5.       The parties agreed to a loan modification dated March 10, 2021 which  provides for a

unpaid principal balance of $226,029.20 and reduced the interest rate beginning April

1, 2021 to 3.3750% and the principal and interest payment to $999.44.  A copy of the

loan modification is attached as Exhibit A.

WHEREFORE, Lakeview Loan Servicing, LLC prays for the entry of an order approving the

above-described final loan modification and for such other relief as the Court deems just.

                                         /s/ Josephine J. Miceli
                                         Josephine J. Miceli,  IL ARDC 6243494
                                         Attorney for Lakeview Loan Servicing, LLC

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Timothy J. Weatherby
Soraya C. Weatherby
*aka Soraya C Falquez*

                    Debtors

Bankruptcy No. 19-22138
Judge Donald R. Cassling
Chapter: 13

## <u>ORDER APPROVING FINAL LOAN MODIFCATION</u>

      This cause coming to be heard on the Motion of Lakeview Loan Servicing, LLC, through its attorneys, Johnson, Blumberg & Associates, LLC, to approve loan modification the Court being fully advised;

      IT IS HEREBY ORDERED the final loan modification of Lakeview Loan Servicing, LLC which provides for unpaid principal balance of $226,029.20, interest rate of 3.3750% and principal and interest payment of $999.44, is approved.


Date: _____

Enter:

_____
Judge Donald R. Cassling


Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711